**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*Elizabeth F. Vieyra*
*Assistant United States Attorney*

*401 Market Street, 4th Floor*
*P.O. Box 2098*
*Camden, NJ 08101*

*Main: (856) 757-5105*
*Direct: (856) 757-5139*
*elizabeth.vieyra@usdoj.gov*

September 29, 2026

**Via Electronic Filing**
Hon. Susan D. Wigenton, U.S.D.J.
U.S. District Court for the District of New Jersey
MLK Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Re: *Ortiz Gutierrez v. Acting Field Director, et al.*, Civ. No. 26-12496 (SDW)**
**Petitioner's Release**

Dear Judge Wigenton:

This Office represents Respondents in this habeas action. We respectfully write to report that U.S. Immigration and Customs Enforcement ("ICE") informed this Office that Petitioner was released from custody on September 26, 2026 on bond of $7,500. We therefore respectfully request that the Court close this case and lift all temporary restraints. We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: */s/ Elizabeth F. Vieyra*
ELIZABETH F. VIEYRA
Assistant United States Attorney
*Attorneys for Respondents*

**SO ORDERED this** 30th **day**

**of** September **20**26

[signature]
**United States District Judge**

cc: Counsel of record *(via electronic filing)*